**JASON K. SINGLETON,** State Bar #166170
jasn@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177

Attorney for Plaintiff, LILYAN NAVARRO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILYAN NAVARRO, | Case No. CV-10-5165 NJV |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER |
| v. | |
| JOHN TOSTE and EDITE TOSTE, dba ARCATA PETRO MART, aka GAS 4 LESS, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

    Plaintiff LILYAN NAVARRO and Defendants JOHN AND EDITE TOSTE, dba ARCATA PETRO MART (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

    2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

                                                    **SINGLETON LAW GROUP**

Dated:    June 24, 2011        /s/ Jason K. Singleton Law Group
                                              Jason K. Singleton, Attorneys for
                                              Plaintiff, **LILYAN NAVARRO**

**BRAGG, PERLMAN, RUSS, STUNICH,
& EADS, LLP**

Dated:       June 24, 2011        /s/ Andrew J. Stunich
                                  Andrew J. Stunich, Attorney for Defendants
                                  **JOHN and EDITE TOSTE**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>NAVARRO v TOSTE, et al.</u>, Case Number CV-10-5165 NJV, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated:  June 27, 2011                    _____
                                          NANDOR J. VADAS
                                          UNITED STATES MAGISTRATE JUDGE